**Order entered July 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00113-CV

**MARIA TORRES, Appellant**

**V.**

**THE NETHERLANDS INSURANCE COMPANY, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04747**

## ORDER

Before the Court is appellant's July 12, 2018 second motion to extend time to file corrected brief. Appellant seeks an additional sixty days to file the brief.

We note appellant's corrected brief was first due May 10, 2018. On appellant's motion, we extended the deadline sixty days. Because this appeal cannot proceed without the brief, we **GRANT** the motion and **ORDER** the brief be filed no later than September 10, 2018. We caution, however, that failure to timely file the brief may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/      DAVID EVANS
             JUSTICE